UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY INSURANCE A MUTUAL COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> WEST AMERICAN RUBBER COMPANY, LLC, <br><br> Defendant. | CASE NO. CV06-6780 R (JWJx) <br><br> (The Honorable Manuel L. Real) <br><br> **JUDGMENT PURSUANT TO STIPULATION** |

**JUDGMENT PURSUANT TO STIPULATION**

**WHEREAS** the parties, Plaintiff Sentry Insurance a Mutual Company ("Sentry") and Defendant West American Rubber Company LLC, having stipulated for entry of judgment upon the terms specified in said Stipulation for Entry of Judgment; and good cause appearing therefore:

///
///
///
///
///
///

1  **IT IS ORDERED, ADJUDGED AND DECREED** that judgment is hereby
2  entered in favor of Sentry Insurance a Mutual Company and against West American
3  Rubber Company LLC in the sum of $882,030.74 subject to the terms contained in
4  the Stipulation for Entry of Judgment, an executed copy of which is attached as
5  Exhibit "A" hereto.

8  Dated: Feb. 20, 2007

   _____
   The Honorable Manuel L. Real

SCANNED

LEWIS BRISBOIS BISGAARD & SMITH LLP
LANE J. ASHLEY, SB# 073296
    E-Mail: ashley@lbbslaw.com
CELIA MOUTES-LEE, SB# 160950
    E-Mail: moutes-lee@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff,
SENTRY INSURANCE, A MUTUAL COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY INSURANCE A MUTUAL COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>WEST AMERICAN RUBBER COMPANY, LLC,<br><br>    Defendant. | CASE NO. CV06-6780 R (JWJx)<br><br>(The Honorable Manuel L. Real)<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

    **IT IS HEREBY STIPULATED** by and between plaintiff Sentry Insurance a Mutual Company ("Sentry") and defendant West American Rubber Company, LLC, a California limited liability corporation ("WARCO"), that Judgment in the above-entitled action and in the form of the Judgment Pursuant to Stipulation, attached hereto and incorporated herein by this reference, be entered in favor of Sentry and against defendant WARCO for $882,030.74.

    **IT IS FURTHER STIPULATED** that upon execution of the Stipulated Judgment by the parties, WARCO will remit payment in the amount of two hundred thousand dollars ($200,000) to Sentry within five (5) days. Thereafter, WARCO will pay the sum of $25,000 to Sentry on or before the tenth (10th) of each month until the remaining balance owed of $682,030.74 is fully paid. The monthly repayment

obligation of $25,000 will incept on the first day of the calendar month following payment of the sum of $200,000.

**IT IS FURTHER STIPULATED** that during the period of repayment of the above-referenced amount owed, no interest will accrue on either the amount owed by WARCO to Sentry or on the $300,000 held as collateral by Sentry. In the event that Sentry releases the $300,000 collateral during the repayment period or any portion thereof during the period of WARCO's repayment of amounts owed pursuant to the Judgment, the released collateral will be applied to the remaining balance owed on the Judgment. Should such payment serve to satisfy the Judgment in its entirety, any remaining collateral will be returned to WARCO unless otherwise required pursuant to the Cash Deposit Security Agreement in effect between the parties. Any such credit will not effect WARCO's obligation to make its $25,000 payment by the tenth (10th) of each month on any remaining balance owed on the Judgment.

**IT IS FURTHER STIPULATED** that within forty-five (45) days of the entry of Judgment and upon timely payment by WARCO of $200,000 and any monthly payment then due in accordance with the terms of the Judgment, Sentry will report to WARCO on the $76,000 credit which WARCO alleges is due and owing from Sentry, and Sentry will provide information regarding same. Should Sentry determine that the alleged credit is owed WARCO, the amount of the credit will be applied by Sentry to the remaining balance owed on the Judgment. Any such credit will not effect WARCO's obligation to make its $25,000 payment by the tenth (10th) of each month.

**IT IS FURTHER STIPULATED** that Sentry may record abstracts of judgment in any county in the state of California upon entry of Judgment and may file a judgment lien with the California Secretary of State.

**IT IS FURTHER STIPULATED** that Sentry will not cause execution to issue against WARCO, provided that WARCO pay Sentry as required herein. If WARCO defaults on making the payments as required, Sentry shall notify WARCO

4847-0703-1553.2
-2-
STIPULATION FOR ENTRY OF JUDGMENT

in writing of the default and WARCO shall have twenty (20) calendar days thereafter to cure the default. Should a second default occur, Sentry shall notify WARCO in writing of the default and WARCO shall have ten (10) calendar days thereafter to cure the default. For any subsequent default, Sentry shall notify WARCO in writing of the default and WARCO shall have five (5) calendar days thereafter to cure the default. If WARCO fails to cure any default within the subscribed time, Sentry may, without any further notification to WARCO, proceed with having a writ of execution issued and immediately pursue all rights under the Judgment, including but not limited to the seizure and levying of assets, judgment sale, foreclosure, writ of possession, receivership, creditor's suit, and garnishment. Sentry shall be entitled to recovery of its costs and/or attorneys fees in accordance with Federal Rule of Civil Procedure 54, or any other applicable statute.

**IT IS FURTHER STIPULATED** that this Stipulation for Entry of Judgment shall constitute a binding and final adjudication of the parties' rights and liabilities in this action, that the Judgment shall become final for all purposes upon entry of the Judgment. Each party to this Stipulation for Entry of Judgment hereby waives any and all rights to appeal, collaterally attack, or otherwise seek to vacate this Stipulation and the Judgment entered pursuant thereto.

**IT IS FURTHER STIPULATED** that the parties acknowledge the fact that, in entering into this Stipulation for Entry of Judgment, they are acting of their own volition in reliance on advice of independent counsel, and on their own determination and judgment as to their own interests.

**IT IS FURTHER STIPULATED** that the provisions of this Stipulation for Entry of Judgment are severable and in the event any provision or portion of this Stipulation for Entry of Judgment and/or the Judgment entered pursuant hereto is declared illegal or unenforceable, the remainder of this Stipulation for Entry of Judgment and/or Judgment entered pursuant hereto shall be effective and binding on the parties.

On entry, the Judgment shall become final and execution may be levied on it immediately.

The parties request and agree that this Court shall retain jurisdiction over the parties to enter into the Judgment and to enforce this Stipulation for Entry of Judgment until there is full performance on the terms hereof.

DATED: January ___, 2007      WEST AMERICAN RUBBER COMPANY, LLC


By: _____


DATED: January 31, 2007       SENTRY INSURANCE A MUTUAL COMPANY


By: _Kenn4gh ul_____
    Assoc. Counsel

1  On entry, the Judgment shall become final and execution may be levied on it
2  immediately.
3  The parties request and agree that this Court shall retain jurisdiction over the
4  parties to enter into the Judgment and to enforce this Stipulation for Entry of
5  Judgment until there is full performance on the terms hereof.

6  DATED: January 7, 2007        WEST AMERICAN RUBBER COMPANY, LLC

9                                By: _____

11 DATED: January ___, 2007      SENTRY INSURANCE A MUTUAL COMPANY

14                               By: _____

15 **IN WITNESS WHEREOF**, the parties have executed this Stipulation for
16 Entry of Judgment as of the date set forth below.

18 DATED: January ___, 2007      LEWIS BRISBOIS BISGAARD & SMITH LLP

21                               By_____
                                 Lane J. Ashley
22                               Celia Moutes-Lee
                                 Attorneys for Plaintiff
23                               Sentry Insurance a Mutual Company

24 DATED: January ___, 2007      THE QUISENBERRY LAW FIRM

26                               By_____
                                 John Quisenberry
27                               Attorneys for Defendant
                                 West American Rubber Company, LLC
28

4847-0703-1553.1                        -4-
                      STIPULATION FOR ENTRY OF JUDGMENT

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

Case 2:06-cv-06780-R-JWJ Document 7 Filed 02/20/07 Page 9 of 12 Page ID #:23
/07/07 WED 11:10 FAX 714 53_ _43 · WEST AMERICAN RUBBER CO. ☒002

JAN-25-2007 17:28 FROM:LEWIS BRISBOIS    213 680 5162        TO:310 785 0254        P.6/6

1 On entry, the Judgment shall become final and execution may be levied on it
2 immediately.
3     The parties request and agree that this Court shall retain jurisdiction over the
4 parties to enter into the Judgment and to enforce this Stipulation for Entry of
5 Judgment until there is full performance on the terms hereof.

6
7 DATED: January 7, 2007    WEST AMERICAN RUBBER COMPANY, LLC
8
9                         By: _____
10
11 DATED: January ___, 2007   SENTRY INSURANCE A MUTUAL COMPANY
12
13
14                         By: _____

15 **IN WITNESS WHEREOF**, the parties have executed this Stipulation for
16 Entry of Judgment as of the date set forth below.
17
18 DATED: January ___, 2007   LEWIS BRISBOIS BISGAARD & SMITH LLP
19
20
21                         By_____
                            Lane J. Ashley
22                             Celia Moutes-Lee
                            Attorneys for Plaintiff
23                             Sentry Insurance a Mutual Company
24 DATED: January 7, 2007    THE QUISENBERRY LAW FIRM
25
26                         By_____
                            John Quisenberry
27                             Attorneys for Defendant
                            West American Rubber Company, LLC
28

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4847-0703-1453.1         -4-
STIPULATION FOR ENTRY OF JUDGMENT

**IN WITNESS WHEREOF,** the parties have executed this Stipulation for Entry of Judgment as of the date set forth below.

DATED: ~~January~~ February 13, 2007    LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Lane J. Ashley
Celia Moutes-Lee
Attorneys for Plaintiff
Sentry Insurance a Mutual Company

DATED: January ___, 2007    THE QUISENBERRY LAW FIRM

By _____
John Quisenberry
Attorneys for Defendant
West American Rubber Company, LLC

IT IS SO ORDERED.

Dated _____    _____
                                  The Honorable Manuel L. Real

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

# PROOF OF SERVICE
*Sentry Insurance v. West American Rubber Co.*
File No.: 24731-19

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On February 15, 2007, I served the following document described as:

**STIPULATION FOR ENTRY OF JUDGMENT**

on all interested parties in this action by placing  [X] a true copy  [ ] the original thereof enclosed in sealed envelopes addressed as follows:

John Quisenberry, Esq.
THE QUISENBERRY LAW FIRM
2049 Century Park East
Suite 2200
Los Angeles, CA   90067

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ]   I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 15, 2007, at Los Angeles, California.

_____
KIRK D. GILE

4819-7962-0865.2

JUDGMENT PURSUANT TO STIPULATION

**PROOF OF SERVICE**
*Sentry Insurance v. West American Rubber Co.*
File No.: 24731-19

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On February 15, 2007, I served the following document described as:

**JUDGMENT PURSUANT TO STIPULATION**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

John Quisenberry, Esq.
THE QUISENBERRY LAW FIRM
2049 Century Park East
Suite 2200
Los Angeles, CA 90067

[X] (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 15, 2007, at Los Angeles, California.

_____
KIRK D. GILE

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800